Elizabeth A. Leedom, WSBA #14335
Bennett Bigelow & Leedom, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
206-622-5511

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY MADDY,<br><br>Plaintiff,<br><br>vs.<br><br>CSL PLASMA, INC., f/k/a ZLB PLASMA, an alien corporation,<br><br>Defendant. | NO. CV-11-076-EFS<br><br>**ANSWER AND AFFIRMATIVE DEFENSES** |

COMES NOW defendant CSL Plasma Inc., by and through its counsel, and answers plaintiff's Complaint for Personal Injuries as follows:

I.

Defendant is without sufficient knowledge to either admit or deny the allegations contained in the first sentence of Section I, and therefore denies the same. With regard to the second sentence of Section I, defendant admits that plaintiff was a frequent plasma donor of the Spokane facility of CSL Plasma Inc. With regard to the remaining portions of Section I, defendant denies any



LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 / F: (206) 622-8986

allegations that it did not properly maintain and disinfect its equipment in order to minimize and/or eliminate the foreseeable risk of infection to donors like plaintiff, and denies any allegations that it did not properly, consistent with applicable state, county and industry standards, train its employees in proper sanitation protocols and blood draw and plasma separation techniques.

II.

With regard to the first paragraph of Section II, defendant admits that CSL Plasma Inc., was a foreign corporation, and licensed to do business in Spokane County, Washington. Defendant admits that at all times material hereto, CSL Plasma Inc., owned and operated a plasma donation facility in Spokane, Washington, where it offered compensation to plasma donors, employed agents in the operation of its plasma donor facility, and collected plasma from donors. Except as specifically admitted herein, defendant denies each and every other allegation contained in the first paragraph of Section II.

With regard to the second paragraph of Section II, defendant admits that it was in exclusive control of its facility, its employees, its policies and procedures, the training and competency of its employees, its employees' preparation and use of its equipment, and to comply with national, state and local standards for the operation of facilities that secure plasma for donors. Except as specifically



LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 / F: (206) 622-8986

admitted herein, defendant denies each and every other allegation contained in the second paragraph of Section II.

With regard to the third paragraph of Section II, defendant admits that it would be vicariously liable for acts and omissions of defendant's employees at its Spokane plasma donor center, so long as such acts or omissions were done within the course of their employment and as agents of defendant; however, defendant denies any such acts or omissions of its employees proximately caused injuries or damages to plaintiff as alleged.

III.

Defendant admits that between January 6, 2009 and March 19, 2009, plaintiff was a donor at defendant CSL Plasma Inc., in Spokane, Washington. Defendant admits that its employees did on multiple occasions draw blood from plaintiff for processing to separate plasma. Defendant admits that the instrumentalities used for this process were under the exclusive control of defendant and its employees, who were responsible for maintaining all equipment and devices. Defendant admits that it had exclusive control as to training of its employees. Except as specifically admitted herein, defendant denies each and every other allegation contained in Section III.



LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 / F: (206) 622-8986

IV.

Defendant denies each and every allegation contained in Section IV.

V.

Defendant denies each and every allegation contained in Section V.

VI.

Defendant denies each and every allegation contained in Section VI.

Defendant denies plaintiff's prayer for relief as plaintiff is not entitled to the relief sought herein.

**AFFIRMATIVE DEFENSES**

By way of further answer, defendant asserts the following affirmative defenses:

1. Any alleged injuries and damages were proximately caused by persons or entities other than defendant and/or by causes other than those for which defendant is accountable. Defendant hereby requests apportionment pursuant to RCW 4.22 *et seq.*

2. Plaintiff assumed the risk. (This affirmative defense is being investigated.)

3. Plaintiff failed to mitigate his damages. (This affirmative defense is being investigated.)



LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 / F: (206) 622-8986

4. Any alleged injuries or damages were proximately caused by plaintiff's own comparative negligence. (This affirmative defense is being investigated.)

5. Defendant reserves the right to add defenses and claims that become apparent through the course of investigation and litigation.

## PRAYER FOR RELIEF

WHEREFORE, having fully answered plaintiff's Complaint, and having asserted its presently known affirmative defenses, defendant prays for the following relief:

1. That plaintiff's Complaint is dismissed with prejudice;

2. That defendant is awarded reasonable costs and attorneys' fees as allowed by law;

3. For such other and further relief as this Court deems just and proper.

DATED this 1st day of March, 2011.

s/Elizabeth A. Leedom, WSBA #14335
BENNETT, BIGELOW & LEEDOM, P.S.
Attorneys for Defendant CSL Plasma Inc.
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
Phone: 206-622-5511
Fax: 206-622-8986
E-Mail: eleedom@bbllaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington, that she is now, and at all times material hereto, a citizen of the United States, a resident of the State of Washington, over the age of 18 years, not a party to, nor interested in the above entitled action, and competent to be a witness herein.

I caused to be served this date the foregoing in the manner indicated to the parties listed below:

| | | |
|---|---|---|
| Law Offices of David A. Bufalini | ❑ | Hand Delivered |
| 2915 N. McCarver | ❑ | Facsimile |
| Suite 100 | ☒ | Email |
| Tacoma, WA 98403-3336 | ☒ | 1st Class Mail |
| Email: dbufalini@bufalinilaw.com | ❑ | Priority Mail |
| lthurman@bufalinilaw.com | | |

Dated in Seattle, Washington this 1st day of March, 2011.

s/Patricia J. Andrews, Legal Assistant
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
Telephone: 206-622-5511
Facsimile: 206-622-8986
E-Mail: pandrews@bbllaw.com

{2594.00001/M0300039.DOC; 1}