UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY MADDY,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAL PLASMA, INC., f/k/a ZLB PLASMA, a foreign corporation,<br><br>        Defendant. | CV-11-0076-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR PROTECTIVE ORDER** |

Before the Court, without oral argument, is the parties' Stipulated Motion for Protective Order. ECF No. 12. The parties request a protective order limiting the parties' use of Defendant CSL Plasma's proprietary and confidential business information to the sole purpose of establishing their claims in connection with this action. The Court finds that Defendant's interest in protecting its confidential and proprietary business information from public disclosure outweighs the interest of public access to Court records, and grants the parties' motion.

Accordingly, it **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Protective Order, **ECF No. 12**, is **GRANTED**. The parties shall use Defendant's confidential and

ORDER ~ 1

proprietary business information only for the purpose of establishing their claims in connection with this action and shall make no further disclosure of such information beyond what is necessary to accomplish this purpose.

2. During discovery in this lawsuit, the parties shall follow the procedure outlined in paragraphs one through nine of the Stipulated Motion to Continue, ECF No. 12.

3. The obligations imposed by this Order shall survive the termination of this lawsuit. Failure at any time to comply with the terms of this Order may result in the imposition of sanctions by the Court.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this ___11th___ day of October 2011.


                         S/ Edward F. Shea
                          EDWARD F. SHEA
                United States District Judge

Q:\Civil\2011\76.stip.protective.order.lc2.wpd

ORDER ~ 2